PROB 12C
(6/16)

Report Date: June 8, 2020

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Pedro Gonzalez-Barraza              Case Number: 0980 1:19CR02057-SAB-1

Address of Offender:                                  Washington 98935

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: May 20, 2020

Original Offense:      Unlawful Entry into the United States, 8 U.S.C. § 1325(a)(1)

Original Sentence:     Prison - 6 months;          Type of Supervision: Supervised Release
                       TSR - 12 months

Asst. U.S. Attorney:   Richard Burson               Date Supervision Commenced: May 20, 2020

Defense Attorney:      Jeremy B. Sporn              Date Supervision Expires: May 19, 2021

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. |

**Supporting Evidence**: Mr. Gonzalez-Barraza is considered to be in violation of his supervised release conditions by failing to report to the probation office within 72 hours of his release from confinement on May 21, 2020.

On May 20, 2020, Mr. Gonzalez-Barraza appeared before the Court for sentencing. He plead guilty to Unlawful Entry Into the United States, in violation of 8 U.S.C. § 1325(a)(1) and was sentenced to credit for time served with 1-year of supervised release to follow. At this hearing, Mr. Gonzalez-Barraza was instructed to report to the probation office upon his release from custody.

On May 21, 2020, Mr. Gonzalez-Barraza was released from the Yakima County Jail to the community. According to the United States Immigration and Customs Enforcement, an immigration detainer was not placed on Mr. Gonzalez-Barraza while he was at the Yakima County Jail due to the jail's policy. Mr. Gonzalez-Barraza was released to the community

Prob12C
Re: Gonzalez-Barraza, Pedro
June 8, 2020
Page 2

and has failed to report to the probation office as directed. As of this writing, Mr. Gonzalez-Barraza's current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/08/2020

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

6/8/2020

Date